

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00358-CR

DONALD GRADY HAYNES                                                   APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

## FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On May 20, 2013, as part of a plea-bargain agreement, Appellant Donald Grady Haynes pleaded guilty to robbery by threats. *See* Tex. Penal Code Ann. § 29.02(a)(2) (West 2011). In accordance with the agreement, the trial court sentenced Appellant to 20 years' confinement. The trial court certified that Appellant had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

---

[1]*See* Tex. R. App. P. 47.4.

On July 17, 2013, Appellant filed a pro se notice of appeal in the trial court. *See* Tex. R. App. P. 25.2(c). Appellant filed his notice outside of the mandated time limitations, which divests this court of jurisdiction over his attempted appeal. *See* Tex. R. App. P. 26.2(a), 26.3; *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996). Therefore, we dismiss the appeal for want of jurisdiction.[2] *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 24, 2013

---

[2]We note that Appellant's appeal would also be subject to dismissal based on the trial court's certification that Appellant had no right to appeal. *See* Tex. R. App. P. 25.2(d).